**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 192 MAL 2018

           Respondent    :

           :    Petition for Allowance of Appeal from
           :    the Order of the Superior Court

           v.    :

WILLIAM NICHOLSON,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.